FILE COPY

No. 07-15-00008-CV

| | | |
|---|---|---|
| Tiffany Thweatt<br>  Appellant | § | From the County Court at Law No. 1<br>  of Brazos County |
| | § | |
| v. | | September 22, 2015 |
| | § | |
| Craig Dudley and Rachelle Dudley<br>  Appellees | § | Opinion by Chief Justice Quinn |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 22, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o